**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――

**No. 08-1329**

―――――――――

JOHNNY WOODARD, JR.; CAROLYN J. WOODARD,

             Debtors - Appellants,

       v.

ROBERT R. BROWNING,

             Trustee - Appellee.

―――――――――

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.  Terrence W. Boyle,
District Judge.  (5:06-cv-00484-BO; BK-04-04082-8-JRL)

―――――――――

Submitted:  July 31, 2008          Decided:  August 4, 2008

―――――――――

Before NIEMEYER, TRAXLER, and GREGORY, Circuit Judges.

―――――――――

Affirmed by unpublished per curiam opinion.

―――――――――

Johnny Woodard, Jr., Carolyn J. Woodard, Appellants Pro Se.
Stephen Levi Beaman, BEAMAN & KING, PA, Wilson, North Carolina, for
Appellee.

―――――――――

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Johnny Woodard, Jr., and Carolyn J. Woodard appeal the district court's order denying their motion for reconsideration of a prior order affirming the bankruptcy court's order dismissing their Chapter 13 petition. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Woodard v. Browning</u>, Nos. 5:06-cv-00484-BO; BK-04-04082-8-JRL (E.D.N.C. Feb. 25, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>